## UNITED STATES
### v.
## RICHARD PATTINSON

1811

JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* *p. 344
2. Plea; issue . . . . . . . . . . . . . " 368
3. Continuance . . . . . . . . . . . . " 369
4. Discontinuance . . . . . . . . . . . . " 393

PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . . .
2. Alias capias and return . . . . . . . . . *Printed in Vol. 2*
3. Declaration . . . . . . . . . . . . . . .